HENRY C. HENDERSON, Respondent, *v.* THE COMMERCIAL
ADVERTISER ASSOCIATION, Appellant.

(Argued November 27, 1888; decided December 11, 1888.)

APPEAL from an interlocutory judgment of the General
Term of the Supreme Court in the second judicial department,
entered upon an order made December 13, 1887, which reversed
a judgment entered upon an order sustaining a demurrer to
the complaint herein and gave defendant leave to withdraw the
demurrer and answer.

*Charles O. Brewster* for appellant.

*William C. Reddy* for respondent.

Agree to affirm judgment; no opinion.
All concur.
Judgment affirmed.

---

ELIZABETH PHILLIPS, Administratrix, etc., Respondent, *v.*
THE TROY AND BOSTON RAILROAD COMPANY, Appellant.

(Argued December 3, 1888; decided December 11, 1888.)

APPEAL from judgment of the General Term of the Supreme
Court in the third judicial department, entered upon an order
made November 30, 1886, which affirmed a judgment entered
upon a verdict in favor of plaintiff.

*Edgar L. Fursman* for appellant.

*E. Countryman* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.